UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LONZA GREENWOOD LLC,

                      Plaintiff,

-v-

NATALS, INC. d/b/a RITUAL,

                      Defendant.

25 Civ. 6319 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a motion for preliminary injunction in the above-captioned case. Dkts. 9–11. Defendant has not yet appeared in this action. Plaintiff is instructed to serve, by August 6, 2025, the Complaint, Dkt. 1, summons, Dkt. 7, motion for preliminary injunction, Dkt. 9, and this order on defendant, and to file on the docket of this case forthwith an affidavit of service attesting to as much. Defendant is instructed to respond to plaintiff's motion for preliminary injunction within 14 days of receiving such documents, and plaintiff's reply, if any, will be due seven days after that.

SO ORDERED.

                                                      *Paul A. Engelmayer*

                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: August 4, 2025
       New York, New York