UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LONZA GREENWOOD LLC,

      Plaintiff,

v.

NATALS, INC. d/b/a RITUAL,

      Defendant.

Case No.: 1:25-cv-06319-PAE

PLAINTIFF LONZA GREENWOOD LLC'S
MOTION TO FILE UNDER SEAL ATTACHMENTS TO AND PORTIONS OF THE
DECLARATION OF TYLER WHITE

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff Lonza Greenwood LLC's ("Lonza" or "Plaintiff") Motion to File Under Seal Attachments ("Attachments") to and Portions of the Declaration of Tyler White in Support of Plaintiff's Reply Brief in Support of Plaintiff's Motion for Preliminary Injunction, Lonza, by and through their counsel, will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY I 0007, on a date and time to be determined by the Court, for an Order directing that the Attachments be filed and maintained under seal. The basis for this motion is set forth in the accompanying Memorandum of Law.

Dated: August 25, 2025

Respectfully submitted,

By: /s/ Anne Elise Herold Li
Anne Elise Herold Li
Paul B. Keller
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
600 Massachusetts Ave. NW, Ste. 400
Washington, DC 20001
Telephone: (202) 296-7353
Email: ali@bhfs.com

GRANTED. The Court authorizes plaintiff Lonza Greenwood LLC to file, on the public record, redacted versions of Tyler White's declaration and its attachments, and to file them under seal in unredacted form.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

August 26, 2025
New York, New York