UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LONZA GREENWOOD LLC,

                        Plaintiff,

        -v-

NATALS, INC.,

                        Defendant.

25 Civ. 6319 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      A hearing in the above-captioned matter is presently scheduled for November 13, 2025, at 10:00 a.m. Dkt. 48. The Court has received the parties' letters stating that they are unavailable on that and surrounding days. The Court, therefore, reschedules the hearing for December 1, 2025 at 11:00 a.m. in courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

                                                            *Paul A. Engelmayer*
                                                    _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: October 28, 2025
       New York, New York