UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LONZA GREENWOOD LLC,

                                    Plaintiff,

                    -v-

NATALS, INC.,

                                    Defendant.

25 Civ. 6319 (PAE)

ORDER

---

PAUL A. ENGELMAYER, United States District Judge:

The parties have submitted a proposed case management plan, but have identified three aspects of that plan as to which they do not agree. Dkt. 57. On the disputed points, the Court's judgment is as follows:

- Trade Secret Identification: The Court agrees with Ritual that Lonza must identify the alleged trade secrets with reasonable particularity before discovery can commence.

- Last Day to Amend/Add Parties: The Court agrees with Lonza that the last day to amend the complaint or add parties without good cause shall be January 19, 2026.

- Mediation: The Court will not refer the case to mediation until the parties mutually agree it would be beneficial.

The Court directs the parties, by 5 p.m. on Friday, December 12, 2025 to file, on the docket of this case, a case management plan consistent with these directives.

1

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 8, 2025
       New York, New York

2