UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LONZA GREENWOOD LLC,

                                    Plaintiff,                    25 Civ. 6319 (PAE)

                    -v-                                           ORDER

NATALS, INC. d/b/a RITUAL,

                                    Defendant.

PAUL A. ENGELMAYER, District Judge:

On December 22, 2025, plaintiff filed a motion to dismiss defendant's counterclaims under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a defendant has 21 days after the service of a motion under Rule 12(b) to amend its counterclaims once as a matter of course.

Accordingly, it is hereby ORDERED that defendant shall file any amended counterclaims by January 12, 2026. No further opportunities to amend will ordinarily be granted. If defendant does amend, by February 2, 2026, plaintiff shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying defendant, stating that it relies on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended counterclaims are filed, defendant shall serve any opposition to the motion to dismiss by January 12, 2026. Plaintiff's reply, if any, shall be served by January 26, 2026. At the time any reply is served, the moving party shall supply the

---

[1] If plaintiff files a new motion to dismiss or relies on its previous motion, defendant's opposition will be due 14 days thereafter, and plaintiff's reply, if any, will be due seven days after that.

2

Court with two (2) courtesy copies of all motion papers by mailing or delivering them to the

Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: December 23, 2025
     New York, New York

2