UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LONZA GREENWOOD LLC,

    Plaintiff,

v.

NATALS, INC. d/b/a RITUAL,

    Defendant.

Case No.: 1:25-cv-06319-PAE

ORDER APPOINTING COMMISSIONERS TO TAKE
EVIDENCE PURSUANT TO CHAPTER II, ARTICLE 17 OF THE HAGUE
CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE
ABROAD IN CIVIL OR COMMERCIAL MATTERS

The Court, having reviewed the papers submitted in support of Plaintiff and Counterclaim-Defendant Lonza Greenwood LLC ("Lonza") and Defendant and Counterclaimant Natals, Inc. d/b/a Ritual ("Ritual") Joint Motion for Appointment of Commissioners to Take Evidence Pursuant to Chapter II, Article 17 of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Motion"), IT IS HEREBY ORDERED THAT:

    (a)    The Motion is GRANTED;

    (b)    Pursuant to Article 17 of the Hague Convention, Paul B. Keller and Shannon M. Lentz of Brownstein Hyatt Farber Schreck, LLP and Martina Athanas of the Swiss firm of Baer & Karrer AG, on behalf of Lonza; Adam S. Gershenson, Jessica L. Falk, Elaina Aquila, and Audrey Pope of Weil, Gotshal & Manges LLP on behalf of Ritual (the "Commissioners") are duly appointed, pending the notification to the Federal Office of Justice ("FOJ") and the competent cantonal central authority as Commissioners to take evidence in the above-captioned action, specifically in connection with the depositions of Stephanie Howard (Former (retired) Director,

Strategic Enterprise Account Management at Lonza Group Ltd.) and Christian Seufert (Head of Advanced Synthesis, Lonza Group Ltd.) in their individual capacities;

    (c)    This signed Order will be given to the counsel for the parties who are directed to file it together with the necessary notification to the relevant Swiss authorities within five (5) business days of the date of this order;

    (d)    Neither this Order, nor the terms of the Court's Request (which is incorporated into this Order) shall constitute or operate as waiver of the attorney-client privilege, the work product doctrine, or any other privileges, rights, or protections that may apply to evidence under the laws of Switzerland or the United States.

**SO ORDERED** on this _____ day of _____, 2026

_____
Honorable Paul A. Engelmayer
United States District Judge