UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LONZA GREENWOOD LLC,

|                          |
|--------------------------|

                                              Plaintiff,

                        -v-

NATALS, INC.,

                                              Defendant.

25 Civ. 6319 (PAE)

ORDER

---

PAUL A. ENGELMAYER, United States District Judge:

The Court is in receipt of emails from Natals, Inc. d/b/a Ritual ("Ritual") and Lonza

Greenwood LLC regarding Ritual's request to be relieved it of its March 16, 2026 deadline to

serve expert reports. The Court denies the request.

For avoidance of doubt, the Court's Individual Rules 1(A) require communication with

the Court to be by letter. *See Judge Paul A. Engelmayer's Individual Rules and Practices in*

*Civil Cases, Rule 1(A)*, https://nysd.uscourts.gov/hon-paul-engelmayer (Feb. 2026). The parties

are directed to file their requests on the docket of the case.


        SO ORDERED.

_____
              PAUL A. ENGELMAYER
              United States District Judge

Dated: March 6, 2026
        New York, New York