UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LONZA GREENWOOD LLC,

                                    Plaintiff,

            -v-

NATALS, INC. d/b/a RITUAL, *and*
USPL NUTRITIONALS, LLC.,

                                    Defendants.

---

25 Civ. 6319 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at yesterday's conference, the Court, pending further order, stays all litigation activity in the above-captioned action, except as follows:

1.      Lonza Greenwood LLC ("Lonza") is directed to correct the interrogatories as identified as deficient by Natals, Inc. d/b/a Ritual ("Ritual"), Dkt. 128, by **March 20, 2026**.

2.      Lonza is directed to complete its outgoing document discovery with respect to the "SmartyPants" product, *see* Dkt. 128 at 2, by **March 25, 2026**.

3.      The Court sets the following briefing schedule for the anticipated motion to dismiss for lack of personal jurisdiction by USPL Nutritionals, LLC ("USPL"):

- USPL's motion shall be filed by **March 27, 2026**

- Lonza's opposition shall be filed by **April 3, 2026**

- Any reply by USPL shall be filed by **April 8, 2026**.

4.      The parties are at liberty, by mutual agreement, to undertake other litigation activity (e.g., with respect to outstanding discovery items).

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 18, 2026
      New York, New York