**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

LONZA GREENWOOD LLC,

                        Plaintiff,                      **25 Civ. No. 6319 (PAE)**

           -against-                              **PRE-SETTLEMENT**
                                               **CONFERENCE ORDER**

NATALS, INC., ,

                        Defendant.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Thursday, April 16, 2026 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 414 402 907#.**

       **SO ORDERED.**

DATED:     New York, New York
             March 24, 2026

                                          _____
                                      The Honorable Gary Stein
                                      United States Magistrate Judge