UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LONZA GREENWOOD LLC,

                                        Plaintiff,

                    -v-

NATALS, INC.,

                                        Defendant.

25 Civ. 6319 (PAE)

ORDER

---

PAUL A. ENGELMAYER, United States District Judge:

On December 17, 2025, the Court set a case management conference in the above-captioned case for April 30, 2026 at 3 p.m. Dkt. 63. On March 17, 2026, after granting plaintiff's motion for leave to amend USPL Nutritionals, LLC ("USPL"), the Court held a conference to review the case management plan in light of USPL's addition. Dkt. 116. At that conference, USPL moved for a stay of litigation activity pending a decision on USPL's forthcoming motion to dismiss. On March 18, 2026, the Court stayed all litigation activity. Dkt. 136. Accordingly, the Court adjourns *sine die* the conference scheduled for April 30, 2026. The Court shall promptly set a next conference in the case after resolving the pending motion.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: April 21, 2026
       New York, New York