UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LONZA GREENWOOD LLC,

                                    Plaintiff,

                    -v-

NATALS, INC. d/b/a RITUAL,

                                    Defendant.

25 Civ. 6319 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

The Court has reviewed the parties' proposed case management plan, Dkt. 162, and adopts the longer schedule proposed by Lonza Greenwood LLC.  The Court adopts Lonza's timetable principally (1) in recognition of the disruption to discovery activities likely occasioned by the recent pause in litigation activity, and (2) the need for additional discovery on the counterclaims that Natals, Inc. d/b/a Ritual has indicated it may file on or by June 2, 2026.  For avoidance of doubt, the pause in litigation activity, Dkt. 136, is lifted.

The Court schedules a next conference in the matter for December 16, 2026 at 3:30 p.m. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.  The Court expects that this conference will likely serve as a pre-motion conference in anticipation of summary judgment motion(s), and directs counsel to its Individual Rules governing such conferences, available at https://www.nysd.uscourts.gov/honpaul-engelmayer.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 28, 2026
       New York, New York