UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LONZA GREENWOOD LLC,

Plaintiff,

-v-

NATALS, INC.,

Defendant.

25 Civ. 6319 (PAE)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

Earlier today, the Court resolved the parties' pending discovery dispute concerning redactions asserted by plaintiff Lonza Greenwood LLC ("Lonza") on materials related to its SmartyPants line. Dkts. 172–73, 176, 196. By the Court's measure, three additional disputes are pending. *See* Dkts. 182, 186, 193.

The parties' letters, however, leave unclear the extent to which these disputes remain live. As to the July 24, 2026 letter motion by Natals d/b/a Ritual ("Ritual"), Dkt. 186, for example, Lonza represents that it made an additional production of "approximately 3,000 pages," and that additional responsive materials are being "prepared" such that it "anticipates producing any not yet produced materials in short order." Dkt. 191 at 1–2. As to the July 28, 2026 letter motion by Lonza, Dkt. 193, Ritual represents that the parties have yet to meet-and-confer, Dkt. 198, as is required by the Court's Individual Rules prior to the filing of a discovery dispute letter.

To assure that the time of the Court and its staff is focused solely on issues that have been the subject of a full meet and confer and that remain unresolved, the Court directs the parties to submit a joint letter, no longer than three single-spaced pages, by 5 p.m. on August 7, 2026, stating with specificity which, if any, of the discovery disputes in the above three letters remain

unresolved. More broadly, in strong terms, the Court urges the parties to collaborate assiduously and in good faith as professionals to resolve discovery issues before bringing disputes to the Court. The Court appreciates collegial problem-solving by counsel and is unimpressed by the impetuous filing of letters raising readily resolvable discovery disputes.

Separately, the Court grants the parties' requests to seal submissions related to the pending discovery disputes. *See* Dkts. 171, 181, 185, 192. The Clerk of Court is respectfully directed to terminate these motions to seal.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 6, 2026
New York, New York