Brownstein

**Brownstein Hyatt Farber Schreck, LLP**
(212) 576-1211 main
75 Rockefeller Plaza, Suite 2600B
New York, New York 10019

Anne Elise Herold Li
212.576.1217 direct
ali@bhfs.com

September 29, 2026

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE: *Lonza Greenwood LLC v. Natals, Inc. d/b/a Ritual et al.* Case No. 25 Civ. 06319 (PAE), Plaintiff's Motion to File Under Seal**

Dear Judge Engelmayer:

Pursuant to your Individual Rules & Practices in Civil Cases ("Individual Rule(s)") ¶ 4.B.2, this Court's Standing Order (19-mc-00583-CM), and this Court's ECF Rules & Instructions § 6 on behalf of Plaintiff Lonza Greenwood LLC ("Plaintiff" or "Lonza"), we write to seek permission to file seven exhibits under seal.

To assess whether sealing is warranted, courts in the Second Circuit use the three-step test described in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The Court must determine: (1) whether the documents subject to a sealing request qualify as "judicial documents;" (2) the weight of the presumption of public access attaching to any judicial document; and (3) if any countervailing factors or higher values outweigh the right of public access to any judicial documents. *Id.* at 119–20.

The exhibits to be filed under seal readily satisfy the Second Circuit's standard. These exhibits are documents produced by Lonza and excerpts of a deposition transcript of a Lonza witness, and they have been designated as Highly Confidential pursuant to the Protective Order and contain information that Lonza contends is confidential and proprietary. Public disclosure of those materials would reveal the substance of the parties' ongoing discovery dispute and the specific categories of information at issue, causing unnecessary competitive harm and frustrating the purpose of the Protective Order. Because these exhibits contain sensitive, non-public discovery material and their sealing protects the parties' confidentiality interests, those interests outweigh any presumption of public access under *Lugosch*, and the requested sealing relief is warranted.

Pursuant to Section 4.B.3 of the Court's Individual Rules and Practice, Lonza (1) filed the sealed versions of Exhibits A – G via the ECF system, and (2) filed, under seal, unredacted versions of Exhibits A – G via the ECF system.

Accordingly, Lonza respectfully requests that the Court grant this Motion to File Under Seal Exhibits A – G.

Respectfully,

*/s/ Anne Elise Herold Li*
Anne Elise Herold Li
Brownstein Hyatt Farber Schreck, LLP
75 Rockefeller Plaza, Suite 2600B
New York, NY 10019
(212) 576-1217
ali@bhfs.com

*Counsel for Plaintiff Lonza Greenwood LLC*

Granted.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 1, 2026
New York, New York