UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONZA GREENWOOD LLC,<br><br>Plaintiff,<br><br>-v-<br><br>NATALS, INC. *et al.*,<br><br>Defendants. | 25 Civ. 6319 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has received the September 22, 2026 letter from Lonza Greenwood LLC, affirming the completeness of its most recent productions, Dkt. 211; the September 28, 2026 letter from Natals, Inc., chronicling Lonza's history of discovery failings in this case and seeking relief within the Court's discretion, Dkt. 214; and the September 29, 2026 letter from Lonza, defending its discovery practices and contending that Natals' letter improperly raises new discovery disputes, Dkt. 215.

On the present record, the Court will not grant the extreme relief of terminating sanctions or an adverse inference at trial. Lonza's conduct in discovery has indeed been repeatedly problematic. But those remedies are excessive and in derogation of the truth-seeking goal of the Federal Rules of Civil Procedure. Nonetheless, to the extent Natals can chronicle specific costs it has incurred that are traceable to Lonza's discovery lapses, Natals is at liberty to move by letter for relief, in the form of an order obliging Lonza to reimburse Natals for those costs. Natals must confer with Lonza before submitting such a request for relief.

Natals' letter, while predominantly reviewing Lonza's history of discovery deficiencies, does appear, as Lonza suggests, to allude to new discovery disputes without certifying that it has

conferred with Lonza about them. Natals is at liberty to raise such discovery disputes, but only after conferring with Lonza about these distinct issues, and in a letter compliant with the Court's individual rules. Such a letter should identify with distinctness the discovery deficiencies for which Natals seeks relief and the specific relief it seeks.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 2, 2026
New York, New York