UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONZA GREENWOOD LLC,<br><br>Plaintiff,<br><br>-v-<br><br>NATALS, INC. *et al.*,<br><br>Defendants. | 25 Civ. 6319 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On October 26, 2026, Lonza moved under Federal Rule of Civil Procedure 37(c)(1) to strike the October 13, 2026 Supplemental Declaration of Ritual's expert, Dr. Muzzio, and Appendix A (together, the "Supplemental Report"). Dkt. 220. On October 29, 2026, Ritual opposed, arguing that Lonza failed to confer with Ritual in good faith before filing its motion, and that the motion fails on the merits. Dkt. 221. On October 30, 2026, Lonza moved for leave to file a reply. Dkt. 222.

Upon consideration of the parties' submissions, the Court grants Lonza's motion for leave to file a reply, Dkt. 222. The reply is limited to 2 single-spaced pages and is due November 5, 2026. Lonza is directed to submit the Supplemental Report and Dr. Muzzio's March 2026 report with its reply for the Court's review. And, regardless of whether Lonza previously conferred in good faith with Ritual, the Court directs it to do so now, before filing its reply.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 2, 2026
New York, New York